1

2

3

4

5

6
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
7
AT TACOMA

8
NB'TEHUTI HERU-PTAH DaGREAT,
a/k/a/ Terrell L. Wilson,

9
                Plaintiff,

Case No. C21-5080-MJP-SKV

10

   v.

ORDER DIRECTING CLERK TO SEND
DOCUMENTS TO PLAINTIFF AND RE-
11
NOTING DEFENDANTS' SUMMARY
RONALD HAYNES, *et al.*,
JUDGMENT MOTION
12
                Defendants.

13

14
      This is a civil rights action proceeding under 42 U.S.C. § 1983.  On November 5, 2021,

15
Defendants filed a motion for summary judgment in this matter which they noted on the Court's

16
calendar for consideration on December 3, 2021.  Dkt. 31.  Defendants' motion papers were

17
directed to Plaintiff, via e-mail, at the Washington State Penitentiary ("WSP") which is

18
Plaintiff's address of record.  *See* Dkt. 33 at 2, Dkt. 34.  WSP staff thereafter advised the Court

19
that Defendants' motion papers could not be delivered because, at the time they were filed,

20
Plaintiff was "out to court and at another facility."  *See* Dkt. 34.  WSP staff also advised that they

21
did not know when Plaintiff might return, and that their records indicated Plaintiff was "in

22

23

ORDER RE-NOTING DEFENDANTS'
SUMMARY JUDGMENT MOTION - 1

Spokane" and "likely at [the Airway Heights Corrections Center]." *Id*. at 1.  Plaintiff has had no communication with the Court since Defendants' motion papers were filed.

This Court's local rules require a party to promptly notify the Court of any change of address, LCR 10(f), which Plaintiff did not do.  However, despite Plaintiff's failure to comply with the local rules, the Court is reluctant to proceed to disposition of Defendants' outstanding summary judgment motion without giving Plaintiff some opportunity to respond.  Thus, in an effort to move this action forward, the Court conducted its own research into Plaintiff's whereabouts, based on the information provided by WSP staff, and located Plaintiff at the Spokane County Jail.  Having now located Plaintiff, the Court will direct the Clerk to send Plaintiff copies of Defendants' motion papers at his current address and will re-note Defendants' motion to allow Plaintiff time to file a response should he elect to do so.

Based on the foregoing, the Court hereby ORDERS as follows:

(1)     The Clerk shall send copies of Defendants' summary judgment motion papers (Dkts. 31-33), of Plaintiff's complaint (Dkt. 6), and of this Order, to Plaintiff at the Spokane County Jail, addressed as follows:  Terrell L. Wilson, c/o Spokane County Detention Services, 1100 West Mallon Avenue, Spokane, WA 99260-0320.

(2)     Defendants' motion for summary judgment (Dkt. 31) is RE-NOTED on the Court's calendar for consideration on ***Friday, January 28, 2022***.  Plaintiff's response to Defendants' motion, if any, must be filed not later than ***Monday, January 24, 2022***.

//

//

//

ORDER RE-NOTING DEFENDANTS'
SUMMARY JUDGMENT MOTION - 2

1        (3)      The Clerk is directed to send copies of this Order to counsel for Defendants, and

2  to the Honorable Marsha J. Pechman.

3        Dated this 20th day of December, 2021.

 

 

                                                *S. Kate Vaughan*

                                                S. KATE VAUGHAN
                                                United States Magistrate Judge

ORDER RE-NOTING DEFENDANTS'
SUMMARY JUDGMENT MOTION - 3