1

2

3

4

5

6

7
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8   NE'TEHUTI HERU-PTAH DaGREAT,
    a/k/a/ Terrell L. Wilson,

9                            Plaintiff,                Case No. C21-5080-MJP-SKV

10
             v.
                                                       ORDER GRANTING PLAINTIFF'S
11                                                     REQUEST FOR CONTINUANCE AND
    RONALD HAYNES, *et al.*,                           RE-NOTING DEFENDANTS' SUMMARY
12                                                     JUDGMENT MOTION
                             Defendants.
13

14          This is a civil rights action proceeding under 42 U.S.C. § 1983.  This matter comes before

15   the Court at the present time on Plaintiff's request for a 45-day continuance of the deadline for

16   filing a response to Defendants' pending summary judgment motion.  Defendants have not

17   opposed Plaintiff's request.  The Court, having reviewed Plaintiff's request, and the balance of

18   the record, hereby ORDERS as follows:

19          (1)     Plaintiff's unopposed request for a continuance (Dkt. 36) is GRANTED.  Plaintiff

20   is directed to file his response to Defendants' motion for summary judgment not later than

21   *Monday, March 21, 2022*.

22

23

     ORDER GRANTING PLAINTIFF'S
     REQUEST FOR CONTINUANCE - 1

(2)     Defendants' motion for summary judgment (Dkt. 31) is RE-NOTED on the Court's calendar for consideration on ***Friday, March 25, 2022***.  Defendants must file any reply brief by that date.

(3)     The Clerk is directed to send copies of this Order to Plaintiff, to counsel for Defendants, and to the Honorable Marsha J. Pechman.

Dated this 7th day of February, 2022.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S
REQUEST FOR CONTINUANCE - 2