1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10  NB'TEHUTI HERU-PTAH                    CASE NO. C21-5080 MJP
    DaGREAT,

11                                        MINUTE ORDER
                        Plaintiff,

12

13          v.

14  RONALD HAYNES, et al.,

15                      Defendants.

16

17      The following minute order is made by the direction of the court, the Honorable Marsha

18  J. Pechman, United States Senior District Judge:

19      The Court has become aware that a copy of the Report and Recommendation (Dkt. No.

20  39) sent to Plaintiff was returned as undeliverable and that Plaintiff may not have received notice

21  of the Report and Recommendation. (Dkt. No. 40.) The Court therefore DIRECTS the Clerk to

22  mail a copy of the Report and Recommendation (Dkt. No. 39) to Plaintiff at the address listed in

23  Dkt. No. 40. And in the interest of fairness, the Court EXTENDS the deadline for Plaintiff's

24  Objections to the Report and Recommendation. Objections to this Report and Recommendation,

1  if any, should be filed with the Clerk and served upon all parties to this suit within twenty-one

2  (21) days of the date of this Minute Order. Failure to file objections within the specified time

3  may affect Plaintiff's right to appeal. Responses to any objections may be filed within fourteen

4  (14) days after service of objections. If no timely objections are filed, the matter will be ready for

5  consideration on June 13, 2022.

6      The clerk is ordered to provide copies of this order to all counsel.

7      Filed May 19, 2022.

8
    Ravi Subramanian
9   Clerk of Court

10  s/Serge Bodnarchuk
    Deputy Clerk

MINUTE ORDER - 2