UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NB'TEHUTI HERU-PTAH DaGREAT,<br><br>Plaintiff,<br><br>v.<br><br>RONALD HAYNES, *et al.*,<br><br>Defendants. | Case No. C21-5080-MJP<br><br>ORDER GRANTING DEFENDANTS'<br>MOTION FOR SUMMARY JUDGMENT |

The Court, having reviewed Plaintiff's complaint, Defendants' motion for summary judgment, the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, and the remaining record, and noting the absence of any objections to the Report and Recommendation, hereby finds and ORDERS:

(1) The Report and Recommendation is approved and adopted.

(2) Defendants' motion for summary judgment (Dkt. 31) is GRANTED, and Plaintiff's complaint (Dkt. 6) and this action are DISMISSED with prejudice.

//

//

//

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT - 1

(3) The Clerk is directed to send copies of this Order to Plaintiff, to counsel for Defendants, and to Judge Vaughan.

DATED this 21st day of June, 2022.

MARSHA J. PECHMAN
United States Senior District Judge